United States District Court
Southern District of Texas
**ENTERED**
March 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SEBRENA GIDDENS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-CV-2559 |
| § | |
| **KILOLO KIJAKAZI,** § | |
| **Commissioner of the Social** § | |
| **Security Administration**, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

In accordance with the Memorandum and Order entered on February 15, 2022, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 13) is **GRANTED** and Defendant's Motion for Summary Judgment (Dkt. No. 14) is **DENIED** on the restroom break issue. It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. No. 14) is **GRANTED** and Plaintiff's Motion for Summary Judgment (Dkt. No. 13) is **DENIED** on all other grounds. The case is **REMANDED** for further proceedings.

This is a final, appealable judgment.

**SIGNED** in Houston, Texas on March 3, 2022.

Sam S. Sheldon
United States Magistrate Judge